**No. 60430.**—The Saxony Wool Corp. of New York *v.* United States, protest 262851–K (New York).

Opinion by WILSON, J.   The protest was dismissed.

**No. 60431.**—American Cut Crystal Corp. *v.* United States, protest 270107–K (New York).

Opinion by WILSON, J.   The protest was dismissed for lack of prosecution.

BEFORE THE SECOND DIVISION, JANUARY 3, 1957

**No. 60432.**—Keuffel & Esser Co. *v.* United States, protests 263925–K, etc. (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of boxes similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JANUARY 3, 1957

**No. 60433.**—Anglo-American Commodities *v.* United States, protest 145550–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.